**No. 09-9901. Darron J. Murphy, Sr., Petitioner v. United States.**

561 U.S. 1012, 130 S. Ct. 3470, 177 L. Ed. 2d 1066, 2010 U.S. LEXIS 5065.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 362 Fed. Appx. 550.